

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROBERT K. HUDNALL AND SHARON E. HUDNALL, | § | No. 08-24-0087-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 448th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| SMITH AND RAMIREZ RESTORATION, LLC, | § | (TC#2015DCV1113) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF AUGUST 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.